# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-3051

———————————————

SHONDARIOUS CLEO BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John F. Simon, Judge.

March 4, 2026

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.141(b)(1) & 9.110(b).

BILBREY, NORDBY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Shondarious Cleo Brown, pro se, Appellant.

No appearance for Appellee.